### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:03-CR-250-21** |
| : | |
| **v.** : | **(Judge Conner)** |
| : | |
| **RYAN HALE** : | |

### **O R D E R**

AND NOW, this 6th day of March, 2007, upon consideration of defendant Ryan Hale's motion for judicial recommendation for placement in a Community Corrections Center (CCC) for up to one year (Doc. 1129), and it appearing that defendant has no right to such CCC placement, and it appearing that the statutory mandate for placement of an inmate is set forth in 18 U.S.C. § 3624(c), which in pertinent part provides: "The Bureau of Prisons shall, to the extent practicable, assure that a prisoner serving a term of imprisonment spends a reasonable part, not to exceed six months of the last ten per centum of the term to be served under conditions that will afford the prisoner a reasonable opportunity to adjust to and prepare for the prisoner's re-entry into the community . . .," and it appearing that defendant's term does not expire until September 27, 2008 (exclusive of good conduct time), it is hereby ORDERED that defendant's motion is granted in part and denied in part as follows:

The court recommends to the Bureau of Prisons that the defendant, Ryan Hale, be considered for placement in a Community Corrections Center in a manner consistent with its discretionary authority and its obligations set forth in 18 U.S.C. §§ 3621(b) and 3624(c).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge